# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| JON R. ADAMS, </br></br> Plaintiff, </br></br> v. </br></br> MATTHEW MAGNUSSON, et al., </br></br> Defendants | 1:19-cv-00547-GZS |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 27, 2019 his Recommended Decision (ECF No. 8). Plaintiff filed his Objection to the Recommended Decision (ECF No. 9) on January 6, 2020.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. Based on the foregoing analysis and after review, it is **ORDERED** that Plaintiff's claims against Defendants Magnusson and Liberty are hereby **DISMISSED**.

/s/George Z. Singal  
United States District Judge

Dated this 23rd day of January, 2020.