# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JON R. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   No.  1:19-cv-00547-GZS |
| | ) |
| MATTHEW MAGNUSSON, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The Magistrate Judge's Recommended Decision (ECF No. 55) was filed January 25, 2021. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the Plaintiff's Briefs (ECF Nos. 59 and 60) both filed on February 18, 2021.

Accordingly, it is **ORDERED** that the Magistrate Judge's Recommended Decision is hereby **AFFIRMED**. Plaintiff's Motion for Partial Summary Judgment (ECF No. 17) is hereby **DENIED**, without prejudice to Plaintiff's ability to renew the motion after the completion of discovery.

    /s/ George Z. Singal
    United States District Judge

Dated this 24th day of February, 2021.