UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JON R. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:19-cv-00547-GZS |
| | ) |
| MATTHEW MAGNUSSON, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 6, 2021, his Recommended Decision (ECF No. 103). Plaintiff filed a belated Reply (ECF No. 104) on July 9, 2021, and his Objection to the Recommended Decision (ECF No. 105) on July 14, 2021. Defendants Averill & LeClair then filed their Response (ECF No. 116) to these filings on July 27, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the filings just noted and the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. the Recommended Decision (ECF No. 103) is hereby **AFFIRMED**.

2. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 100) is hereby **DENIED**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 27th day of July, 2021.