# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JON R. ADAMS, | ) |
|       Plaintiff, | ) |
| v. | ) Docket no. 1:19-cv-00547-GZS |
| MATTHEW MAGNUSSON, et al., | ) |
|       Defendants. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On January 19, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision on Defendants' Motion for Summary Judgment and on Plaintiff's Motion for Partial Summary Judgment (ECF No. 143). Defendants filed an Objection to this Recommended Decision (ECF No. 144) on February 2, 2022. Plaintiff has filed no response to this Objection.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and, thus, determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 143) is hereby **AFFIRMED**.
2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 106) is hereby **DENIED**.
3. Defendants' Motion for Summary Judgment (ECF No. 108) is hereby **DENIED**.

SO ORDERED.

                                                      /s/ George Z. Singal
                                                      United States District Judge

Dated this 28th day of February, 2022.